UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NO. 10-10702

HENRY J. LATTEN  SECTION "B"
 DEBTOR
CHAPTER 13

U.S. BANK, N.A.
 MOVER

O R D E R

THIS MATTER was scheduled for hearing on July 21, 2010, on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A., a secured creditor herein **(P-27)**.

CONSIDERING the Motion, the law and evidence in favor thereof, and upon proper notice of hearing on same;

IT IS ORDERED that the automatic stay presently in effect pursuant to 11 U.S.C. §362 with regard to this Chapter 13 proceeding be lifted in order to permit U.S. BANK, N.A. to foreclose on its security interest in the following described property located in St. Tammany Parish, Louisiana, more particularly described as follows:

> ALL THAT CERTAIN PIECE OF PORTION OF LAND, TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL THE RIGHTS, WAYS, MEANS, PRIVILEGES, SERVITUDES, PRESCRIPTIONS, APPURTENANCES AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING THERETO, SITUATED IN THE SOUTHWEST QUARTER OF SECTION 26, TOWNSHIP 8 SOUTH, RANGE 13 EAST, ST. TAMMANY, STATE OF LOUISIANA, MORE FULLY DESCRIBED ACCORDING TO MAP AND PLAT OF SURVEY OF IVAN M. BORGEN, SURVEYOR, DATED OCTOBER 16, 1980, REVISED OCTOBER 23, 1980, AS FOLLOWS, TO-WIT:
>
> FROM THE SOUTHWEST CORNER OF SECTION 26, TOWNSHIP 8 SOUTH, RANGE 13 EAST, RUN NORTH 1680.00 FEET TO A POINT; THENCE EAST 1440.00 FEET TO AN IRON CORNER AND THE POINT OF BEGINNING.
>
> FROM THE POINT OF BEGINNING RUN NORTH 200.0 FEET TO AN IRON CORNER ON THE SOUTH SIDE OF AN UNNAMED ROAD; THENCE EAST ALONG THE SOUTH LINE OF SAID UNNAMED ROAD 200.0 FEET TO AN IRON CORNER; THENCE SOUTH 200.0 FEET TO AN IRON CORNER; WEST 200.0 FEET BACK TO THE POINT OF BEGINNING.
>
> ALL AS MORE FULLY SHOWN ON SURVEY OF WILSON-POPE, INC., DATED JUNE 11, 2002, UNDER NO. 9072.

BEING THE SAME PROPERTY ACQUIRED BY MORTGAGOR BY SAME NOTARY, EVEN DATE, REGISTERED IN ORLEANS PARISH, LOUISIANA.

Improvements thereon having a municipal address of 32100 North Poitevent Road, Slidell, LA 70460.

New Orleans, Louisiana, July 21, 2010.

_____
Jerry A. Brown
U.S. Bankruptcy Judge

PREPARED AND SUBMITTED BY:

THE BOLES LAW FIRM
1818 Avenue of America
P.O. Drawer 2065
Monroe, LA 71207-2065
(318) 388-4050

BY: /s/ Jacob S. Edwards
     Jacob S. Edwards (#30492)